IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA L. MEDLEY, | 1:08-cv-00517-AWI-SMS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 7.) |
| vs. | |
| DR. IYER, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM |
| Defendant. | |
| | ORDER FOR THIS DISMISSAL TO COUNT AS A STRIKE UNDER 28 U.S.C. § 1915(g) |
| _____/ | ORDER FOR CLERK TO CLOSE CASE |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 6, 2010, the Magistrate Judge issued Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on January 6, 2010, are ADOPTED IN FULL;
2. This action is DISMISSED, with prejudice, based on plaintiff's failure to obey the court's order of January 6, 2010 and failure to state a claim;
3. This dismissal shall count as a strike under 28 U.S.C. § 1915(g); and
4. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:** **April 5, 2010**        /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE